IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:14-cv-192-RLV-DSC

| JANICE WALKER, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ONEMAIN FINANCIAL, INC. and ONEMAIN FINANCIAL SERVICES, INC., | ) | |
| Defendants | ) | |

**THIS MATTER** is before the Court upon "Consent Motion to Stay and Compel Arbitration" (document #7) filed December 3, 2014. Upon review of the Complaint, Motion, and Arbitration Agreement, and pursuant to 9 U.S.C. § 3, the Court is satisfied that the issues involved in this proceeding are subject to the Arbitration Agreement.

**IT IS THEREFORE ORDERED** that:

1. Defendant's "Consent Motion to Stay and Compel Arbitration" (Document #7) is **GRANTED**.

2. The parties are hereby **ORDERED** to submit this dispute to binding arbitration pursuant to the Arbitration Agreement.

3. This matter is **STAYED** pending arbitration.

**SO ORDERED.**

Signed: December 4, 2014

David S. Cayer
United States Magistrate Judge